No. 00–9545.  SWOYER v. KERCHER ET AL., 534 U. S. 831;

No. 00–9551.  SWOYER v. MERCHANTS BANK, 534 U. S. 831;

No. 00–9554.  SWOYER v. REED, 534 U. S. 832;

No. 00–9686.  BAEZ v. HALL ET AL., 535 U. S. 904;

No. 00–9726.  SWOYER v. EDGARS ET AL., 534 U. S. 832;

No. 00–10271.  JARAMILLO v. PINKERTON ET AL., 534 U. S. 849;

No. 00–10422.  YON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 534 U. S. 857;

No. 01–144.  FULTON COUNTY, GEORGIA, ET AL. v. FLANIGAN'S ENTERPRISES, INC. OF GEORGIA, ET AL., ante, p. 904;

No. 01–400.  BELL, WARDEN v. CONE, 535 U. S. 685;

No. 01–1277.  KRILICH v. UNITED STATES, ante, p. 904;

No. 01–1299.  WATTS v. CITY OF NORMAN, 535 U. S. 1055;

No. 01–1367.  BARNETT v. DENVER PUBLISHING CO., DBA ROCKY MOUNTAIN NEWS, INC., 535 U. S. 1056;

No. 01–1379.  SPANAGEL v. SUPPORTIVE CARE SERVICES, INC., 535 U. S. 1078;

No. 01–1391.  SMITH v. FRIEDMAN ET AL., 535 U. S. 1057;

No. 01–1430.  SIENKIEWICZ v. HART ET AL., 535 U. S. 1097;

No. 01–1448.  HAGENBUCH ET AL. v. COMPAQ COMPUTER CORP. ET AL., 535 U. S. 1112;

No. 01–1526.  BROWN v. CITY OF WILMINGTON ET AL., ante, p. 906;

No. 01–1539.  SUDARSKY v. CITY OF NEW YORK ET AL., ante, p. 918;

No. 01–5074.  HICKS v. SNYDER, WARDEN, 534 U. S. 901;

No. 01–6035.  TAYBORN v. SCOTT, WARDEN, 534 U. S. 965;

No. 01–7219.  MITCHELL v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 535 U. S. 933;

No. 01–7844.  MORENO v. METHODIST HOSPITALS, INC., 535 U. S. 957;

No. 01–7926.  HEDRICK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 959;

No. 01–8315.  MANLEY v. INDIANA, 535 U. S. 998;

No. 01–8404.  BEN YISRAYL, AKA CANNON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 535 U. S. 1001;

No. 01–8431.  DAVIS v. DAVIS, 535 U. S. 1020;

No. 01–8445.  OSAYANDE v. UNITED STATES, 535 U. S. 962;

No. 01–8596.  BARREIRO v. UNITED STATES, 535 U. S. 1099;

No. 01–8809.  ROWELL v. NEVADA, 535 U. S. 1060;

No. 01–8823.  ABDULLAH v. UNITED STATES, 535 U. S. 1004;

No. 01–8828.  TEAGUE v. HOLIDAY INN EXPRESS ET AL., 535 U. S. 1061;

No. 01–8832.  COOK v. ASHCROFT, ATTORNEY GENERAL, ET AL., 535 U. S. 1024;

No. 01–8843.  MORRIS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION (two judgments), 535 U. S. 1061;

No. 01–8875.  BANKS v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., 535 U. S. 1099;

No. 01–8911.  METTS v. NORTH CAROLINA DEPARTMENT OF REVENUE, 535 U. S. 1062;

No. 01–8970.  DuBOSE v. KELLY ET AL., 535 U. S. 1064;

No. 01–8983.  HORNER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 1080;

No. 01–9045.  MENCHACA v. BUTLER, CHIEF DEPUTY WARDEN, ET AL., 535 U. S. 1082;

No. 01–9050.  TSHIWALA v. MARYLAND, 535 U. S. 1065;

No. 01–9059.  WILLIAMS v. UNITED STATES, 535 U. S. 1010;

No. 01–9071.  MANLEY v. MONROE COUNTY SHERIFF'S DEPARTMENT ET AL., 535 U. S. 1082;

No. 01–9075.  DOERR v. CITY OF REDLANDS ET AL., 535 U. S. 1083;

No. 01–9083.  COLE v. CARR ET AL., 535 U. S. 1083;

No. 01–9108.  TAYLOR v. REDDISH, WARDEN, 535 U. S. 1083;

No. 01–9160.  HEGWOOD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 535 U. S. 1100;

No. 01–9180.  NABELEK v. TEXAS (two judgments), 535 U. S. 1101;

No. 01–9223.  IN RE WILLIAMS, 535 U. S. 1077;

No. 01–9257.  VIVONE v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, 535 U. S. 1086;

No. 01–9274.  JONES v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 535 U. S. 1066;

No. 01–9283.  IN RE NABELEK (three judgments), 535 U. S. 1103;

No. 01–9327.  CHAMBERS v. TURLEY ET AL., 535 U. S. 1114;

No. 01–9391.  TRICE v. HALL, WARDEN, 535 U. S. 1116;

No. 01–9393. McDowell v. Cornell Corrections et al., 535 U. S. 1116;

No. 01–9416. Moultrie v. United States, 535 U. S. 1067;

No. 01–9437. Burnett v. Tenet Healthsystem Hospitals, Inc., dba Lutheran Medical Center, 535 U. S. 1104;

No. 01–9475. Carroll v. Pfeffer, ante, p. 907;

No. 01–9502. Deavault v. United States, 535 U. S. 1069;

No. 01–9507. Natera-Sosa v. United States, 535 U. S. 1069;

No. 01–9532. Abdur'Rahman v. Tennessee, 535 U. S. 1070;

No. 01–9566. McCoy v. Indiana, ante, p. 925;

No. 01–9567. Nixon v. United States, 535 U. S. 1071;

No. 01–9619. Mejias Negron v. United States, 535 U. S. 1086;

No. 01–9624. Nicolaison v. Milczart et al., ante, p. 910;

No. 01–9663. Marcello et ux. v. Maine Department of Human Services, ante, p. 920;

No. 01–9682. Ashton v. United States, 535 U. S. 1087;

No. 01–9731. Armstrong v. City of Greensboro et al., ante, p. 930;

No. 01–9819. Williams v. United States, 535 U. S. 1106;

No. 01–9832. Holub v. United States, 535 U. S. 1090;

No. 01–9884. Nagy v. United States, 535 U. S. 1107;

No. 01–10013. Blackburn v. Ashcroft, Attorney General, et al., ante, p. 911;

No. 01–10094. Dix v. United States, ante, p. 913; and

No. 01–10166. Lockett v. United States, ante, p. 915. Petitions for rehearing denied.

No. 01–7942. Porter v. Diecast Corp. et al., 535 U. S. 960;

No. 01–9316. Oken v. Maryland, 535 U. S. 1074; and

No. 01–9317. Borchardt v. Maryland, 535 U. S. 1104. Motions for leave to file petitions for rehearing denied.

AUGUST 7, 2002

No. 02A95. In re Federal-Mogul Global, Inc. C. A. 3d Cir. Application for stay, presented to Justice Kennedy, and by him referred to the Court, denied.

No. 02–5698 (02A109). Kutzner v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Di-